**U.S. MARSHALS - GUAM**
**RECEIVED**
27 JAN 2005 14:07:00

**FILED**
**DISTRICT COURT OF GUAM**
**JAN 27 2005**
**MARY L.M. MORAN**
**CLERK OF COURT**

# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

UNITED STATES OF AMERICA

V.

YU MAN YEN aka
KEE SANG JOFFRE CHEN aka TAI FAT LEE

## WARRANT FOR ARREST

Case Number: CR-05-00005-001

②

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   YU MAN YEN aka KEE SANG JOFFRE CHEN aka TAI FAT LEE
                                                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

18:1029(a)(3) - POSSESSION OF FIFTEEN OR MORE COUNTERFEIT OR UNAUTHORIZED ACCESS DEVICES

in violation of Title _____ United States Code, Section(s) _____

| JOAQUIN V.E. MANIBUSAN, JR. | *(signature)* |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Magistrate Judge | 1/27/2005        Hagatna, Guam |
| Title of Issuing Officer | Date        Location |

ORIGINAL

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Sirena Plaza #100, Agana, GU

| DATE RECEIVED 1/27/2005 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 1/27/2005 | Timothy L. Conway S/A | *(signature)* |