AO 442    (Rev. 10/03) Warrant for Arrest

U.S. MARSHALS-GUAM
RECEIVED
27 JAN 2005 14 07 00

**FILED**

**DISTRICT COURT OF GUAM**

**JAN 2 7 2005**

**MARY L.M. MORAN**
**CLERK OF COURT**

# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

UNITED STATES OF AMERICA

V.

THIN LOO YAT aka
LEE THIN FOOK

**WARRANT FOR ARREST**

Case Number: CR-05-00005-002

③

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___ THIN LOO YAT aka LEE THIN FOOK ___

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☑ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

18:1029(a)(3) - POSSESSION OF FIFTEEN OR MORE COUNTERFEIT OR UNAUTHORIZED ACCESS DEVICES

in violation of Title _____ United States Code, Section(s) _____

| | |
|---|---|
| JOAQUIN V.E. MANIBUSAN, JR. | _(signature)_ |
| Name of Issuing Officer | Signature of Issuing Officer |
| Magistrate Judge | 1/27/2005    Hagatna, Guam |
| Title of Issuing Officer | Date    Location |

_ORIGINAL_

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Sirena Plaza #100, Agana, GU

| DATE RECEIVED 1/27/2005 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 1/27/2005 | Timothy L. Conway SA | _(signature)_ |