AO 442 (Rev. 10/03) Warrant for Arrest

U.S. MARSHALS GUAM
RECEIVED
27 JAN 2005 14 07 00

FILED
DISTRICT COURT OF GUAM
JAN 27 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

District of _____ GUAM

UNITED STATES OF AMERICA

V.

JAE HEE KIM aka YONG KIM

**WARRANT FOR ARREST**

Case Number: CR-05-00005-003

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   JAE HEE KIM aka YONG KIM
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

18:1029(a)(3) - POSSESSION OF FIFTEEN OR MORE COUNTERFEIT OR UNAUTHORIZED ACCESS DEVICES

in violation of Title _____ United States Code, Section(s) _____

| JOAQUIN V.E. MANIBUSAN, JR. | /s/ Joaquin V.E. Manibusan |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Magistrate Judge | 1/27/2005   Hagatna, Guam |
| Title of Issuing Officer | Date   Location |

ORIGINAL

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Sirena Plaza #100, Agana, GU

| DATE RECEIVED 1/27/2005 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 1/27/2005 | Timothy L. Conway S/A | /s/ Timothy L. Conway |