AO83 (Rev. 10/03) Summons in a Criminal Case

**FILED**
**DISTRICT COURT OF GUAM**
**FEB -3 2005**
**MARY L.M. MORAN**
**CLERK OF COURT**

# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

UNITED STATES OF AMERICA
V.

**YU MAN YEN aka**
**KEE SANG JOFFRE CHEN**
**aka TAI FAT LEE**

SUMMONS IN A CRIMINAL CASE

Case Number: CR-05-00005-001

(12)

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam** <br> 4th Floor, U.S. Courthouse <br> 520 West Soledad Avenue | 413 |
| Before: **HONORABLE JOAQUIN V.E. MANIBUSAN, JR.** | Date and Time <br> Thursday, February 3, 2005 at 10:15 a.m. |

U.S. MARSHALS - GUAM RECEIVED FEB 2005 14 01

To answer a(n)
X Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title ___18___ United States Code, Section(s) ___1029(a)(3)___

Brief description of offense:

**POSSESSION OF FIFTEEN OR MORE COUNTERFEIT OR UNAUTHORIZED ACCESS DEVICES**

ORIGINAL

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

**February 3, 2005**
Date

## RETURN OF SERVICE

Service was made by me on:[1]   Date  2/3/2005

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: USMS 520 West Soledad Ave Hagatna, Guam, 96910

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  2/3/2005
          Date

Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

U.S. MARSHALS--GUAM
RECEIVED
-3 FEB 2005 14:07:00

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.