# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES

FILED
DISTRICT COURT OF GUAM
FEB -3 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00005-001       DATE: 2/3/2005       TIME: 2:19 p.m.

HON. JOAQUIN V. E. MANIBUSAN JR., Magistrate Judge       Law Clerk: J. Hattori
Court Reporter: Wanda Miles       Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 2:19:18 - 2:23:47       CSO: J. Lizama / J. McDonald

*********************** APPEARANCES ***********************

**DEFT:** YU MAN YEN aka KEE SAN JOFFRE CHEN, aka TAI FAT LEE       **ATTY:** JOHN GORMAN
(X) PRESENT  (X) CUSTODY  ( ) BOND  ( ) P.R.       (X) PRESENT ( ) RETAINED (X) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY:** FRED BLACK       **AGENT:**

**U.S. PROBATION:** JUDY OCAMPO       **U.S. MARSHAL:** V. RAMON / S. LUJAN

**INTERPRETER:** FOO MEE CLINARD       ( ) SWORN       **LANGUAGE:** CHINESE MANDARIN
                                  (X) PREVIOUSLY SWORN

## PROCEEDINGS: ARRAIGNMENT

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
(X) DEFENDANTS SWORN AND EXAMINED: AGE: ____ HIGH SCHOOL COMPLETED: High School
( ) DEFENDANT ARRAIGNED AND ADVISED OF THEIR RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR: _____ at ____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE     ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
(X) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
(X) DEFENDANT WAIVE READING OF ( ) COMPLAINT  ( ) INFORMATION  (X) INDICTMENT
(X) PLEA ENTERED: ( ) *GUILTY*  (X) *NOT GUILTY* - TO: THE CHARGE CONTAINED IN THE INDICTMENT
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: ____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____  ( ) STATUS HEARING: _____ at ____
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
(X) TRIAL SET FOR: APRIL 4, 2005 at 9:30 A.M.

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at ____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT
(X) DEFENDANT TO REMAIN IN THE CUSTODY OF THE U.S. MARSHAL

**NOTES:**

The government recommended continued detention. No objection.