# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES

**CASE NO. CR-05-00005-003**    **DATE: 02/08/2005**    **TIME: 11:18 a.m.**

***

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**    Law Clerk: J. HATTORI
Court Recorder & Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded - RUN TIME: 11:18:35 - 11:21:16    CSO: J. Lizama

* * * * * * * * * * * * * * * * * * * * * * **APPEARANCES** * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT:** __JAE HEE KIM__    **ATTY:** __CURTIS VAN DE VELD__
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.    ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

**U.S. ATTORNEY:** MARIVIC DAVID    **AGENT:**

**U.S. PROBATION:** GRACE FLORES    **U.S. MARSHAL:** R. LUMAGUI

**INTERPRETER:** __HEE JUNG WONG__    **LANGUAGE:** __KOREAN__

FILED
DISTRICT COURT OF GUAM
FEB - 8 2005
MARY L.M. MORAN
CLERK OF COURT

**PROCEEDINGS:    CONTINUED ARRAIGNMENT**

( ) COMPLAINT/INFORMATION/INDICTMENT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED
( ) DEFENDANT SWORN AND EXAMINED    AGE:____    HIGH SCHOOL COMPLETED:_____
( ) DEFENDANT ARRAIGNED ADVISED OF RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at ____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF
   THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( ) PLEA ENTERED: ( ) *GUILTY* ( ) *NOT GUILTY* - TO:_____
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED:_____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( ) SENTENCING DATE:_____ at _____    ( ) STATUS HEARING:_____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE:_____
( ) PRELIMINARY EXAMINATION SET FOR: _____ at _____
( ) ARRAIGNMENT SET FOR _____ at _____
( ) TRIAL SET FOR:

**PROCEEDINGS CONTINUED TO:** __FEBRUARY 18, 2005 at 1:30 p.m., for Further Proceedings__
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( X ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

Mr. Van de Veld requested for a continuance and stated his reasons. He also entered a Not Guilty plea on behalf of his client for purposes of this proceeding, however, requested that the matter be set for further proceedings in anticipation that his client may change his plea. Government had no objections to the continuance.

The Court Granted the continuance and stated that it will hold off setting a trial date pending the outcome of the next hearing.

Courtroom Deputy: _____