JKim.STP

LEONARDO M. RAPADAS
United States Attorney

RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hagatna, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
FEB 18 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JAE HEE KIM, aka ) <br> YONG KIM, et. al., ) <br> ) <br> Defendants. ) | CRIMINAL CASE NO. 05-00005/003 <br><br> **STIPULATION OF PARTIES TO CONTINUE HEARING** |

The parties in the above-entitled matter, the United States of America, and the defendant, through his counsel, CURTIS C. VAN DE VELD, hereby stipulate to continue the hearing currently scheduled for February 18, 2005, at 1:30 p.m. to a date sometime after February 22, 2005.

-1-

The parties make the foregoing request for the reason that counsel for the United States, Russell C. Stoddard is currently off-island.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATED: 2/17/05    By: _____
                      RUSSELL C. STODDARD
                      First Assistant U.S. Attorney

DATED: 17 Feb 05      _____
                      CURTIS C. VAN DE VELD
                      Attorney for Defendant

### ***ORDER***

**IT IS SO ORDERED** that the hearing currently scheduled for February 18, 2005 at 1:30 p.m. is hereby rescheduled to February __24__, 2005, at the hour of __2:00__ p.m.

DATED: 2/18/2005      _____
                      JOAQUIN V.E. MANIBUSAN, JR.
                      Magistrate Judge
                      District Court of Guam

**RECEIVED**
FEB 17 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

-2-