
IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff.<br><br>vs.<br><br>THIN LOO YAT a.k.a. LEE THIN FOOK,<br><br>Defendant. | CRIMINAL CASE NO. 05-00005<br><br>**REPORT AND RECOMMENDATION<br>CONCERNING PLEA OF GUILTY<br>IN A FELONY CASE** |

The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P., and has entered a plea of guilty to an Indictment charging him with Possession of Fifteen or More Counterfeit or Unauthorized Access Devices, in violation of 18 U.S.C. §§ 1029(a)(3) and 2. After examining the defendant under oath, I have determined that the defendant is fully competent and capable of entering an informed plea, that the guilty plea was intelligently, knowingly and voluntarily made, and that the offense charged is supported by an independent basis in fact establishing each of the essential elements of such offense. I therefore recommend

///
///
///
///
///

United States v. Thin Loo Yat a.k.a. Lee Pinh Fook, Criminal Case No. 05-00005
Report and Recommendation Concerning Plea of Guilty in a Felony Case

that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

IT IS SO RECOMMENDED.

DATED this 14th day of March 2005.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

**NOTICE**

**Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).**