VAN DE VELD SHIMIZU CANTO & FISHER
*Curtis C. Van de veld, Esq.*
Suite 101, Dela Corte Bldg.
167 E. Marine Corps Drive
Hagåtña, Guam 96910
Tel.: (671) 472-2863
Fax: (671) 472-2886

Attorney for Defendant: JAE HEE KIM

FILED
DISTRICT COURT OF GUAM
MAR 22 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>JAE HEE KIM, )<br>)<br>Defendant. )<br>)<br>) | Criminal Case No. 05-00005-003<br><br>**NOTICE OF INTENT TO CHANGE PLEA, REQUEST FOR HEARING and CERTIFICATE OF SERVICE** |

COMES NOW defendant JAE HEE KIM through court appointed counsel of record, Curtis C Van de veld, Esq., to give notice to all who may be concerned of this matter, that Defendant requests the court to set the above matter for a hearing to allow Defendant to change Defendant's plea to the charges in this matter. Defendant requests that the matter be scheduled for hearing at the earliest opportunity and that the Order of Hearing submitted herewith issue forthwith.

Respectfully submitted: this Tuesday, March 22, 2005.

_____
Curtis C. Van de veld, Esq.
Attorney for defendant
JAE HEE KIM

## * * * CERTIFICATE OF SERVICE * * *

I, Curtis C. Van de veld, Esq., hereby certify that I caused a copy of the above document and the *[proposed] Order For Hearing to Change Plea* to be served on counsel for the Plaintiff UNITED STATES OF AMERICA this day, via hand delivery at the following address:

UNITED STATES OF AMERICA
Leonardo M. Rapadas
United States Attorney for the District of Guam
**Attn: Mr. Russell C. Stoddard, Esq.**
First Assistant United States Attorney
Sirena Plaza, Suite 500
108 Hernan Cortes Avenue
Hagåtña, Guam 96910

Dated: this Tuesday, March 22, 2005.

_____
Curtis C. Van de veld, Esq.

CCV/ccv
VSCF/J.H. KIM/CR000562