FILED
DISTRICT COURT OF GUAM
APR - 1 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES

**CASE NO. CR-05-00005-003**  **DATE:** 04/01/2005  **TIME:** 11:20

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding  Law Clerk: J. HATTORI
Court Reporter: Wanda Miles  Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 11:20:57 - 11:58:14  CSO: B. Benavente

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **APPEARANCES** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT:** JAE HEE KIM   **ATTY:** CURTIS VAN DE VELD
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.   ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

**U.S. ATTORNEY:** MARIVIC DAVID   **AGENT:**

**U.S. PROBATION:** CARLEEN BORJA   **U.S. MARSHAL:** P. RABINA

**INTERPRETER:** HEE JUNG WONG, previously sworn   **LANGUAGE:** KOREAN

---

**PROCEEDINGS:** **CHANGE OF PLEA**

( ) COMPLAINT/INFORMATION/INDICTMENT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED   **AGE:** 32   **HIGH SCHOOL COMPLETED:** High School Graduate
( X ) DEFENDANT ARRAIGNED ADVISED OF RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE   ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY* ( ) *NOT GUILTY* - TO: POSSESSION OF FIFTEEN OR MORE COUNTERFEIT OR UNAUTHORIZED ACCESS DEVICES
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED:_____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( X ) **SENTENCING DATE:** JULY 8, 2005 at 10:00 A.M.   ( ) STATUS HEARING:_____ at _____
( X ) PRESENTENCE REPORT ORDERED AND DUE: MAY 27, 2005
( ) PRELIMINARY EXAMINATION SET FOR: _____ at _____
( ) ARRAIGNMENT SET FOR _____ at _____
( ) TRIAL SET FOR:

**PROCEEDINGS CONTINUED TO:** _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( X ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

Defendant consented to enter his guilty plea before a U.S. Magistrate Judge. Defendant entered his plea of guilty without a written agreement. The Court signed the report and recommendation concerning defendant's plea of guilty.