IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff. <br><br> vs. <br><br> THIN LOO YAT a.k.a. LEE THIN FOOK, <br><br> Defendant. | CRIMINAL CASE NO. 05-00005 <br><br> **ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING** |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to an Indictment charging him with Possession of Fifteen or More Counterfeit or Unauthorized Access Devices, in violation of 18 U.S.C. §§ 1029(a)(3) and 2, is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED.

DATED this 5th day of April 2005.

_____
ROBERT CLIVE JONES*
District Judge

---

* The Honorable Robert Clive Jones, United States District Judge for the District of Nevada, sitting by designation.