IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES

**CASE NO. CR-05-00005-001**     **DATE: 04/08/2005**

HON. JOAQUIN V. E. MANIBUSAN JR., Magistrate Judge
Court Reporter: Wanda Miles
Hearing Electronically Recorded: 2:09:03 -2:40:58

Law Clerk: Judith Hattori
Courtroom Deputy: Virginia T. Kilgore
CSO: N. Edrosa / J. Lizama

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* A P P E A R A N C E S \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT:** **YU MAN YEN aka KEE SANG JOFFRE CHEN aka TAI FAT LEE**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.

**ATTY:** **JOHN GORMAN**
( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: RUSSELL STODDARD

AGENT: CHIKO HOGE, BUREAU OF IMMIGRATION & CUSTOMS ENFORCEMENT

U.S. PROBATION: STEVE GUILIOTT

U.S. MARSHAL: P. RABINA

INTERPRETER: FOO MEE CLINARD, Previously sworn     LANGUAGE: Chinese Mandarin

**PROCEEDINGS:     CHANGE OF PLEA**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: 56   HIGH SCHOOL COMPLETED: HIGH SCHOOL
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE     ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVE READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY* ( ) *NOT GUILTY* - TO: COUNT I
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.
( X ) SENTENCING DATE: JULY 7, 2005  at  10:00 A.M.   ( ) STATUS HEARING:_____ at _____
( X ) PRESENTENCE REPORT ORDERED AND DUE: JUNE 2, 2005
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____

PROCEEDINGS CONTINUED TO:_____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT
( X ) DEFENDANT TO REMAIN IN THE CUSTODY OF THE U.S. MARSHAL

**NOTES:**

**Parties presented the Court with a second amended plea agreement. The Court executed the report and recommendation concerning defendant's plea of guilty.**