JHKim.APR

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

JUN 13 2005

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00005-003 |
| Plaintiff, | ) | |
| vs. | ) | **GOVERNMENT'S STATEMENT ADOPTING FINDINGS OF PRESENTENCE REPORT** |
| JAE HEE KIM, a/k/a YONG KIM, | ) | |
| Defendant. | ) | |

Pursuant to General Order 88-1, paragraph 3(b), the United States adopts the findings of the Presentence Report for the above defendant.

Respectfully submitted this 13th day of June, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

-1-

## CERTIFICATE OF SERVICE

I, CARMELLETA SAN NICOLAS, working in the United States Attorney's Office, hereby certify that on June 13, 2005, I caused to be served by facsimile service, an unfiled copy of the foregoing document: **Government's Statement Adopting Findings of Presentence Report**, in <u>United States v. Jae Hee Kim, a/k/a Yong Kim</u>, Criminal Case No. 05-00005-003 to the following counsel:

        Curtis Van de Velt
        Suite 101, De La Corte Bldg.
        167 East Marine Corps Drive
        Hagåtña, Guam 96910

        FAX: 472-2886

        _____
        CARMELLETA SAN NICOLAS
        Secretary to U.S. Attorney

- 2 -

Case 1:05-cr-00005  Document 49  Filed 06/13/2005  Page 2 of 2