1  Yen.APR

2  LEONARDO M. RAPADAS
   United States Attorney
3  RUSSELL C. STODDARD
   First Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910
   Telephone:  (671) 472-7332/7283
6  Telecopier:  (671) 472-7334

7  Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JUN 29 2005
MARY L.M. MORAN
CLERK OF COURT

8
9            IN THE UNITED STATES DISTRICT COURT

              FOR THE TERRITORY OF GUAM
10

11  UNITED STATES OF AMERICA,        )    CRIMINAL CASE NO. 05-00005-001
                                     )
12              Plaintiff,           )
                                     )
13        vs.                        )    **GOVERNMENT'S STATEMENT**
                                     )    **ADOPTING FINDINGS OF**
14  YU MAN YEN,                      )    **PRESENTENCE REPORT**
    a/k/a KEE SAN JOFFRE CHEN, a/k/a )
15  TAI FAT LEE,                     )
                                     )
16              Defendant.           )
    _____)

17

18      Pursuant to General Order 88-1, paragraph 3(b), the United States adopts the findings of the

19  Presentence Report for the above defendant.

20      Respectfully submitted this 29th day of June, 2005.

21                                  LEONARDO M. RAPADAS
                                    United States Attorney
22                                  Districts of Guam and NMI

23
                                    By:
24                                      RUSSELL C. STODDARD
                                        First Assistant U.S. Attorney
25

26

27

28                                -1-

ORIGINAL

## CERTIFICATE OF SERVICE

I, CARMELLETA SAN NICOLAS, working in the United States Attorney's Office, hereby certify that on June 29, 2005, I caused to be served by facsimile service, an unfiled copy of the foregoing document: **Government's Statement Adopting Findings of Presentence Report**, in United States v. Yu Man Yen, a/k/a Kee San Joffre Chen, a/k/a Tai Fat Lee, Criminal Case No. 05-00005-001 to the following counsel:

> John T. Gorman
> Federal Public Defender
> Office of the Federal Public Defender
> Suite 501, First Hawaiian Bank Bldg.
> 400 Route 8
> Mongmong, Guam  96910

> FAX:  472-7120

CARMELLETA SAN NICOLAS
Secretary to U.S. Attorney

- 2 -