JOHN T. GORMAN  
Federal Public Defender  
First Hawaiian Bank Building  
400 Route 8, Suite 501  
Mongmong, Guam 96910  
Telephone: (671) 472-7111  
Facsimile: (671) 472-7120  

Attorney for Defendant  
YU MAN YEN



**FILED**
DISTRICT COURT OF GUAM
JUL -5 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 05-00005 |
| Plaintiff, ) | RESPONSE TO PRESENTENCE REPORT; CERTIFICATE OF SERVICE |
| vs. ) | |
| YU MAN YEN, ) | |
| Defendant. ) | |

### RESPONSE TO DRAFT PRESENTENCE REPORT

Defendant, YU MAN YEN, by and through counsel, John T. Gorman, Federal Public Defender, respectfully accepts and adopts the findings of the Presentence Investigation Report.

DATED: Mongmong, Guam, July 5, 2005.

JOHN T. GORMAN  
Attorney for Defendant  
YU MAN YEN

## CERTIFICATE OF SERVICE

I, ALEXANDER A. MODABER, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on July 5, 2005:

RUSSELL C. STODDARD
First Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

STEPHEN GUILLIOT
U.S. Probation Officer
U.S. Probation Office
Districts of Guam and NMI
2nd Floor, U.S. District Court

DATED: Mongmong, Guam, July 5, 2005.

ALEXANDER A. MODABER
Investigator

JOHN T. GORMAN
Attorney for Defendant
YU MAN YEN