AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

UNITED STATES OF AMERICA,

V.

**JAE HEE KIM**

**NOTICE**

CASE NUMBER: CR-05-00005-003

| TYPE OF CASE: | ☐ CIVIL | X CRIMINAL |
|---|---|---|

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**CONTINUED SENTENCING**

FILED
DISTRICT COURT OF GUAM
JUL 13 2005
MARY L.M. MORAN
CLERK OF COURT

X TAKE NOTICE that a proceeding in this case has been rescheduled as indicated below:

| Place<br>District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>Monday, August 29, 2005 at 10:30 a.m. | CONTINUED TO DATE AND TIME<br><br>Monday, August 29, 2005 at 10:00 a.m. |
|---|---|---|

MARY L. M. MORAN
CLERK OF COURT

(BY) DEPUTY CLERK

July 13, 2005
DATE

TO: Russell Stoddard
       Curtis Van De Veld
       U.S. Probation Office
       U.S. Marshal